■ In the Matter of DENISE GREENE, Petitioner, v BAYVIEW CORRECTIONAL FACILITY et al., Respondents. [955 NYS2d 893]—

This Court does not have subject matter jurisdiction to entertain this proceeding (*see* CPLR 506 [b]; 7804 [b]). Dillon, J.P., Balkin, Chambers and Miller, JJ., concur.